UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| NICOLE LANDRUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   1:10-CV-463 |
| | ) |
| TESTECH, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Nicole Landrum and Defendant TesTech, Inc., by counsel, hereby stipulate and agree to the dismissal with prejudice of the above-captioned cause of action, in its entirety, including all claims that were brought or could have been brought, and with each party to bear its own costs and attorneys' fees.

So Stipulated and Agreed by the parties:

*S/ John C. Theisen* (w/permission)          .   */s Mark S. Kittaka*                                  .
John C. Theisen (549-02)                           Mark S. Kittaka (16767-02)
(jtheisen@tbalawyers.com)                        (mark.kittaka@btlaw.com)
Marie M. Kolp (26863-02)                         Adam L. Bartrom (27019-02)
(mkolp@tbalawyers.com)                          (adam.bartrom@btlaw.com)
THEISEN BOWERS & ASSOCIATES, LLC   BARNES & THORNBURG LLP
810 South Calhoun Street, Suite 210            600 One Summit Square
Fort Wayne, IN  46802                                 Fort Wayne, Indiana 46802
Telephone:  (260) 422-4255                         Telephone:  (260) 423-9440
Facsimile:  (260) 422-4245                           Facsimile:   (260) 424-8316

ATTORNEYS FOR PLAINTIFF NICOLE      ATTORNEYS FOR DEFENDANT
LANDRUM                                                        TESTECH, INC.

FWDS02 103217v1